E-FILED
Wednesday, 09 May, 2012 04:04:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DION MACKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 12-CV-3096 |
| ) | |
| A T & t MOBILITY SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On March 29, 2012, *pro se* Plaintiff filed his Complaint herein requesting to proceed *in forma pauperis*. Plaintiff's request to proceed *in forma pauperis* was denied by the Court by text order of April 3, 2012 setting a deadline of April 30, 2012 for payment of the filing fee in full. The text order of April 3, 2012 advised if timely payment was not received, the case was subject to dismissal for want of prosecution. As of this date, *pro se* Plaintiff has failed to comply with payment in proper form of the $350.00 filing fee. The Court recommends that *pro se* Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within

fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER: May 9, 2012

    FOR THE COURT:

                          \_\_\_\_\_*s/ Byron G. Cudmore*_____
                              BYRON G. CUDMORE
                   UNITED STATES MAGISTRATE JUDGE